# In The United States Bankruptcy Court
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Lorenzo D. Nealious and | § | CHAPTER 7 |
| Tamiko F. Nealious | § | |
| Debtors. | § | CASE NO. 22-10356 |
| | § | |
| Lorenzo D. Nealious and | § | CHAPTER 7 |
| Tamiko F. Nealious | § | |
| Movants | § | |
| | § | |
| vs. | § | |
| | § | |
| Credit Acceptance Corporation, | § | |
| | § | |
| Respondent. | § | |

## NOTICE OF MOTION TO AVOID JUDICIAL LIEN

Movant has filed papers with the Court to avoid your lien in debtor's property.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you have legal grounds to oppose the avoidance of your lien, or if you wish the Court to consider your views on the motion, you must file a written request for a hearing with the Clerk of the Bankruptcy Court before the expiration of thirty (30) days from the date stated in the certificate of service.

If you mail your request for a hearing to the Court, you must mail it early enough so that it will be received within the time referenced above.

Any request for a hearing must be mailed to the moving party and all other persons indicated in the certificate of service attached to these pleadings.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the relief sought in the motion and will enter an order avoiding your lien.

DATED this 31st day of MAY, 2022.

Zane P. Leiden
Attorney for Movant
State Bar No. 445820
**Leiden and Leiden**
*A Professional Corporation*
330 Telfair Street
Augusta, Georgia 30901
(706) 724-8548
courtinfo@leidenandleiden.com

Lucinda Rauback, Clerk
Clerk of the United States Bankruptcy Court
Southern District of Georgia

# In The United States Bankruptcy Court
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Lorenzo D. Nealious and | § | CHAPTER 7 |
| Tamiko F. Nealious | § | |
| Debtors. | § | CASE NO. 22-10356 |
| Lorenzo D. Nealious and | § | CHAPTER 7 |
| Tamiko F. Nealious | § | |
| Movants | § | |
| vs. | § | |
| Credit Acceptance Corporation, | § | |
| Respondent. | § | |

## MOTION TO AVOID JUDICIAL LIEN IN EXEMPT PROPERTY UNDER SECTION 522(f)

COMES NOW Lorenzo D. Nealious and Tamiko F. Nealious, by counsel, and files this Motion pursuant to 11 U.S.C. §522(f) and Bankruptcy Rule 4003(d) to avoid certain liens on property of the Debtor. In support of this Motion, Debtor states as follows:

1. The Debtors filed a petition for relief under Chapter 7 of the Bankruptcy Code on or about May 24, 2022.
2. Credit Acceptance Corporation holds a judgment against the Debtors in the Magistrate Court of Columbia County being Case No. 2018-SCS-2631
3. The judicial lien of said creditor impairs an exemption to which the Debtor would have been entitled under 11 U.S.C. §522(b).
4. Consequently, the judicial lien should be avoided pursuant to 11 U.S.C. §522(f)(1).

WHEREFORE, the Debtors respectfully requests that the judicial lien held by Credit Acceptance Corporation against property of the Debtors be avoided.

Respectfully submitted this 31st day of MAY, 2022.

Zane P. Leiden
State Bar No. 445820

**Leiden and Leiden**
*A Professional Corporation*
330 Telfair Street
Augusta, Georgia 30901
(706) 724-8548
courtinfo@leidenandleiden.com

## In The United States Bankruptcy Court
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Lorenzo D. Nealious and | § | |
| Tamiko F. Nealious | § | |
| | § | CHAPTER 7 |
| Debtors. | § | CASE NO. 22-10356 |
| | § | |
| Lorenzo D. Nealious and | § | |
| Tamiko F. Nealious | § | |
| | § | |
| Movants | § | |
| | § | |
| vs. | § | |
| | § | |
| Credit Acceptance Corporation, | § | |
| | § | |
| Respondent. | § | |

### ORDER AVOIDING JUDICIAL LIEN

Before the Court is the Motion of the Debtor to avoid the judicial lien obtained in the Magistrate Court of Columbia County, held by Credit Acceptance Corporation, being Case No. 2018-SCS-2631. After notice and Credit Acceptance Corporation having failed to respond to the Debtor's Motion by the deadline, the Court finds that, to the extent that the judicial lien of Credit Acceptance Corporation impairs the exemptions to which the Debtor would otherwise be entitled under 11 U.S.C. §522(b), the judicial lien should be avoided in its entirety pursuant to 11 U.S.C. §522(f)(1).

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the judicial lien held by Credit Acceptance Corporation against property of the Debtor is avoided.

**[END OF DOCUMENT]**

Prepared by:

_____
Zane P. Leiden
State Bar No. 445820
Attorney for Movant
330 Telfair Street
Augusta, Georgia 30901
(706) 724-8548
courtinfo@leidenandleiden.com

## In The United States Bankruptcy Court
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Lorenzo D. Nealious and | § | |
| Tamiko F. Nealious | § | CHAPTER 7 |
| Debtors. | § | CASE NO. 22-10356 |
| | § | |
| Lorenzo D. Nealious and | § | |
| Tamiko F. Nealious | § | |
| Movants. | § | |
| | § | |
| vs. | § | |
| | § | |
| Credit Acceptance Corporation | § | |
| Respondent. | § | |

    I hereby certify that I have served a copy of the within and foregoing **DEBTOR'S MOTION TO AVOID JUDICIAL LIEN** and **NOTICE OF MOTION TO AVOID JUDICIAL LIEN** upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

    Credit Acceptance Corporation
    Roosen, Varchetti & Olivier
    P. O. Box 1186
    Smyrna, GA  30081

    I hereby certify that I have served a copy of the within and foregoing **DEBTOR'S MOTION TO AVOID JUDICIAL LIEN** and **NOTICE OF MOTION TO AVOID JUDICIAL LIEN** via electronic mail to:

    Joseph E. Mitchell, III        U. S. Trustee
    Chapter 7 Trustee            Office of the U.S. Trustee

DATED this 31st day of May, 2022.

                                                    LEIDEN and LEIDEN

                                      By:    *Carol Howell*
                                                     Carol Howell
                                                     Legal Assistant

330 Telfair Street
Augusta, Georgia  30901
706-724-8548
courtinfo@leidenandleiden.com