# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Lorenzo D. Nealious and Tamiko F. Nealious,**
   Debtors.

Case No.:   22–10356–SDB

Judge:   Susan D. Barrett

Chapter:   7

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

***IT IS ORDERED THAT:***

Joseph E. Mitchell III is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and the case of the above debtor is closed.

    Susan D. Barrett,
    United States Bankruptcy Judge
    Federal Justice Center
    600 James Brown Blvd
    P.O. Box 1487
    Augusta, GA 30903

Dated: September 6, 2022

*B272 [07/14]* **VWW**