# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

---

In re:

**Lorenzo D. Nealious and Tamiko F. Nealious,**
    Debtors.

Case No.:   22–10356–SDB

Judge:   Susan D. Barrett

Chapter:   7

---

### *NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE*

    All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor did not file Official Form 423, Debtor's Certification About a Financial Management Course.

*Lucinda Rauback, Clerk*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated **September 6, 2022**

*Ch7 ClsNoDsc[Rev. 12/15]* **VWW**